JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY J. S. III,[1]<br><br>      Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2]<br><br>      Defendant. | Case No. CV 20-10004 PVC<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: June 30, 2022

*[signature]*

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted for her predecessor, whom Plaintiff named in the Complaint. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).